UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

SEP - 2 2014

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: ) | |
| ) | |
| Information associated with the Facebook user ) | No.   4:14 MJ 6165 TCM |
| ID www.facebook.com/mikestlboii that is stored ) | |
| at premises controlled by Facebook, Inc., a ) | **FILED UNDER SEAL** |
| company headquartered in Menlo Park, ) | |
| California. ) | |

## MOTION FOR SEALING ORDER

COMES NOW the United States of America, by and through its attorneys, Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Cristian M. Stevens, Assistant United States Attorney for said District, and moves this Court for an order directing that the search warrant, along with its application, affidavit, and return, entered by this Court be sealed until March 1, 2015, except for the limited purposes of providing same to defense counsel pursuant to Rules 12 and 16 of the Federal Rules of Criminal Procedure.

In support of this Motion, the Government provides the following facts, establishing that (a) the government has a compelling interest in sealing the documents in question which outweighs the public's qualified First Amendment right of access to review those documents; and (b) no less restrictive alternative to sealing is appropriate or practical:

Because this investigation is ongoing and its success would be jeopardized if the contents of the affidavit were made public, the Government requests that the affidavit and the accompanying search-warrant documents be sealed for the stated period of time.

WHEREFORE, for the reasons stated above, the Government respectfully requests that the search warrant, along with its application, affidavit, and return, be sealed until March 1, 2015.

Dated this __2nd__ day of September, 2014.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

_/s/ Cristian M. Stevens_

CRISTIAN M. STEVENS, #48028MO
Assistant United States Attorney