UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: ) | |
| ) | |
| Information associated with the Facebook user ) | |
| ID www.facebook.com/mikestlboii that is stored ) | No. 4:14 MJ 6165 (TCM) |
| at premises controlled by Facebook, Inc., a ) | |
| company headquartered in Menlo Park, California. | |

## GOVERNMENT'S NOTICE OF NO OBJECTION TO THE UNSEALING OF SEARCH WARRANT DOCUMENTS

COMES NOW the United States of America, by and through its attorneys, Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Cristian M. Stevens, Assistant United States Attorney for said District and notices this Court that the Government has no objections to the unsealing of the above-referenced search warrant, along with its affidavit, application, and return and other related documents entered by this Court.   The Government must disclose the subject search warrant documents pursuant to its discovery obligation, and the reasons for sealing the same no longer exist.

Dated this    23rd   day of March, 2015.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

  s/Cristian M. Stevens
CRISTIAN M. STEVENS, #48028MO
Assistant United States Attorney

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: ) | |
| ) | |
| Information associated with the Facebook user ) | No.    4:14 MJ 6165 (TCM) |
| ID www.facebook.com/mikestlboii that is stored ) | |
| at premises controlled by Facebook, Inc., a ) | |
| company headquartered in Menlo Park, ) | |
| California. ) | |

**ORDER TO UNSEAL SEARCH WARRANT DOCUMENTS**

This matter comes before the Court pursuant to a notice by the United States of America, by and through its attorneys, Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Cristian M. Stevens, Assistant United States Attorney for said District, stating the Government has no objection to the unsealing of the search warrant, along with its affidavit, application and return and other related documents, which are presently sealed under Cause No. 4:14 MJ 6165 (TCM).

IT APPEARING there are reasonable grounds to believe that there is no reason to keep the aforesaid documents sealed,

IT IS ORDERED that the search warrant, along with its affidavit, application and return and other related documents, presently sealed under Cause No. 4:14 MJ 6165 (TCM), be unsealed.

THOMAS C. MUMMERT
United States Magistrate Judge

Dated this _____ day of March, 2015.